ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIS COOPER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 3:11-cv-00272-CRB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITHOUT PREJUDICE; ORDER** |

　　　The parties request this Court dismiss defendant HOPEMAN BROTHERS, INC. from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITHOUT PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: January 18, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By:/s/ David R. Donadio<br>DAVID R. DONADIO, ESQ., CA S.B. #154436<br>DDonadio@braytonlaw.com |
| 6 | | Tel: (415) 898-1555<br>Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | Dated: 1/18/13 | BASSI, EDLIN, HUIE & BLUM LLP |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By:_____<br>ROBERT S. KRAFT |
| 15 | | Attorneys for Defendant<br>HOPEMAN BROTHERS, INC. |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Dated: January 23, 2013 | SO ORDERED: |

IT IS SO ORDERED
Judge Charles R. Breyer

United States District Court, Northern District of California

United States D[istrict Judge]

---
2
REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITHOUT PREJUDICE; ORDER