ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIS COOPER, | Case No. 3:11-cv-00272-CRB |
| Plaintiff, | **REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITHOUT PREJUDICE; ORDER** |
| vs. | |
| GENERAL ELECTRIC COMPANY, *et al.*, | |
| Defendants. | |

The parties request this Court dismiss defendant HOPEMAN BROTHERS, INC. from this action without prejudice.  Each party to bear its own fees and costs.

///
///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITHOUT PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: January 18, 2013 | BRAYTON❖PURCELL LLP |

By:s/ David R. Donadio
    DAVID R. DONADIO, ESQ., CA S.B. #154436
    DDonadio@braytonlaw.com
    Tel: (415) 898-1555
    Fax: (415)898-1247
    Attorneys for Plaintiff

Dated: 1/18/13      BASSI, EDLIN, HUIE & BLUM LLP

By: /s/ Robert S. Kraft
    ROBERT S. KRAFT
    Attorneys for Defendant
    HOPEMAN BROTHERS, INC.

Dated: January 23, 2013      SO ORDERED:

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

---

2
REQUEST FOR DISMISSAL OF DEFENDANT HOPEMAN BROTHERS, INC., WITHOUT PREJUDICE; ORDER